NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMART POWER SYSTEMS, INC.,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1420

---

Appeal from the Armed Services Board of Contract Appeals in no. 56743, Administrative Judge David W. James, Jr.

---

## ON MOTION

---

## ORDER

Smart Power Systems, Inc. moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

<u>AUG 1 9 2011</u>                    <u>/s/ Jan Horbaly</u>
          Date                          Jan Horbaly
                                        Clerk

cc:  Kiran M. Dewan, Esq.
     Kent C. Kiffner, Esq.

s21

Issued As A Mandate:  <u>AUG 1 9 2011</u>

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 9 2011

JAN HORBALY
CLERK